# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>MARY TILLIS<br>SSAN: XXX-XX-1635<br><br><br><br>Debtor(s) | Case No. 16-31899-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 19, 2016.

2. The debtor(s) §341 Meeting of Creditors was held September 01, 2016.

**(X)** Debtor(s) was to amend schedule I to remove income of $282.00..

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 05, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: hayest@ch13mdal.com | Sabrina L. McKinney<br>Acting Chapter 13 Trustee<br><br><br><br>By:/s/ *Tina J. Hayes*<br>Tina J. Hayes |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 05, 2016.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>　　　　　RICHARD D SHINBAUM | /s/ *Tina J. Hayes*<br>Tina J. Hayes |